IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHILLIP JAY STERLING, JR.**                                                                 **PLAINTIFF**

VS.                                                    **4:22-CV-00355-BRW**

**ASA HUTCHINSON**                                                                               **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of May, 2022.

                                                                      BILLY ROY WILSON
                                        UNITED STATES DISTRICT JUDGE